**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

LUIGI GIROTTO,

                 Plaintiff,

    -against-

W13 PIZZA LLC et al.,

                 Defendants.

------------------------------------x

ORDER

19 Civ. 11400 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 2, 2020 conference is adjourned to June 4, 2020 at 9:30 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge