UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LUIGI GIROTTO,

                     Plaintiff,

-against-

W13 PIZZA LLC, *a New York limited liability company*; SCAFA, LLC, *a New York limited liability company*,

                     Defendants.

------------------------------------- X

ORDER

19 Civ. 11400 (GBD)

GEORGE B. DANIELS, District Judge:

    The June 4, 2020 pretrial conference is adjourned to July 23, 2020 at 9:30 a.m.

Dated: June 1, 2020
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE