UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

LUIGI GIROTTO,

                        Plaintiff,

   -against-

W13 PIZZA LLC, *a New York limited liability company*; SCAFA, LLC, *a New York limited liability company*,

                        Defendants.

------------------------------------X

ORDER

19 Civ. 11400 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUL 14 2020*

GEORGE B. DANIELS, District Judge:

The July 23, 2020 initial conference is adjourned to November 19, 2020 at 9:30 a.m.

Dated: July 14, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE