UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LUIGI GIROTTO,

                      Plaintiff,

  -against-                                          ORDER

W13 PIZZA LLC, *a New York limited liability company*; SCAFA, LLC, *a New York limited liability company*,              19 Civ. 11400 (GBD)

                      Defendants.

------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

    The February 25, 2021 initial conference is adjourned to May 6, 2021 at 9:30 a.m.

Dated: February 22, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE