# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 29, 2021

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 11A
New York, New York 10007

SO ORDERED

The initial conference is adjourned from May 6, 2021 to July 15, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAY 0 3 2021

Re: **Girotto v. W13 Pizza LLC, d/b/a Sotto 13, et al.**
    **Case Number: 1:19-cv-11400-GBD**

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned case matter. This is an action pursuant to the ADA, as well as similar state and local statutes.

The Initial Pretrial Conference in this matter is currently scheduled for May 6, 2021 at 9:30 a.m., in Your Honor's Courtroom. To date, the Defendants have not yet formally appeared and/or answered in this matter. The undersigned has recently remitted hand-delivered correspondence with a courtesy copy of the Summons and Complaint to the Defendants to facilitate contact from defendants, but has not as yet heard from defendants in response.

As such, in order to afford additional time for the Defendants to formally appear, the undersigned hereby respectfully requests a 60-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com