UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LUIGI GIROTTO,

      Plaintiff,

 -against-

W13 PIZZA LLC, *a New York limited liability company*; SCAFA, LLC, *a New York limited liability company*,

      Defendants.

------------------------------------- x



ORDER

19 Civ. 11400 (GBD)

GEORGE B. DANIELS, District Judge:

 The July 15, 2021 initial conference is cancelled. Despite this case being filed in December 2019, Defendants have yet to appear. Plaintiff shall move for entry of default judgment within thirty (30) days of this order. Failure to do so will result in this case being closed.

Dated: June 23, 2021
   New York, New York

              SO ORDERED.

              */s/ George B. Daniels*
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE