UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LUIGI GIROTTO,

                         Plaintiff,

   -against-

W13 PIZZA LLC, *a New York limited liability company*; SCAFA, LLC, *a New York limited liability company*,

                      Defendants.

------------------------------------x

ORDER

19 Civ. 11400 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is respectfully ORDERED to close the above-captioned action.

Dated: March 23, 2023
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE